**McELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**
570 Broad Street, 15th Floor
Newark, New Jersey 07102
(732) 622-7711
Attorneys for Plaintiff,
The Guardian Life Insurance Company of America

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2021
```

## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

                    Plaintiff,

          -against-

TAHIR JIWAN and MOXY FINANCIAL
GROUP, LLC,

                    Defendants.

Civil Action No: 1:21-cv-02639-VEC-SN

~~[PROPOSED]~~
<u>DEFAULT JUDGMENT</u>

ECF CASE

        This action having been commenced on March 26, 2021 with the filing of a Complaint

(Doc. No. 2); Defendant Tahir Jiwan ("Jiwan") was served by Guaranteed Subpoena Process

Server Lee Gauthreaux on May 6, 2021, by leaving copies of the Summons and Complaint at

Jiwan's dwelling house or usual place of abode with his wife and co-resident Alia Rasheed, a

person of suitable age and discretion then residing therein (Doc. No. 14); and Defendant Moxy

Financial Group, LLC ("Moxy") was served by Guaranteed Subpoena Process Server Lee

Gauthreaux on May 6, 2021, by leaving copies of the Summons and Complaint with Alia

Rasheed, the Registered Agent of Moxy at her dwelling house or usual place of abode (Doc. No.

15); Proofs of Service upon Jiwan and Moxy were ECF filed on May 19, 2021 (Doc. No. 14 and

Doc. No. 15); the date for the filing of an Answer or Motion pursuant to Federal Rule of Civil

Procedure 12 expired on May 27, 2021; no Answer or Motion pursuant to Federal Rule of Civil Procedure Rule 12 has been filed by Jiwan and/or Moxy; the default of Defendant Tahir Jiwan and the default of Defendant Moxy Financial Group, LLC having been noted on June 22, 2021 by the Clerk's Certificate of Default (Doc. No. 21); this Court having entered an Order on July 9, 2021 requiring Defendants to show cause on August 6, 2021 at 11:00 a.m. why Default Judgment should not be entered against Defendants; service of the Order to Show Cause and Plaintiff's supporting papers upon Defendants having been made by overnight mail and email on July 14, 2021; Plaintiff having presented calculations of the amount due to it from Defendants including pre-judgment interest (as reflected on the Statements annexed hereto as Exhibit A) in the total amount of $249,709.69; and good cause having been shown;

**IT IS** on this 6 day of August, 2021 hereby

**ORDERED, ADJUDGED, AND DECREED** that Judgment be, and it hereby is, entered in favor of Plaintiff, The Guardian Life Insurance Company of America, and against Defendants Tahir Jiwan and Moxy Financial Group, LLC, in the amount of $249,709.69 and Plaintiff, The Guardian Life Insurance Company of America, may recover from Defendants Tahir Jiwan and Moxy Financial Group, LLC the sum of $249,709.69 plus post-judgment interest.

Judgment signed this 6 day of August, 2021.

_____
VALERIE CAPRONI,
United States District Judge

4471605

2

# EXHIBIT A

# Loan statement

Guardian Life Insurance Company

| | |
|---|---|
| **Customer/Agency:** | Tahir Jiwan |
| **Address:** | |
| **Status:** | Terminated |
| **Dept Code:** | A92047 |

| | |
|---|---|
| **From date:** | 5/1/2020 |
| **To date:** | 7/7/2021 |
| **Statement date:** | 7/7/2021 |

**Loan ID:** 000375

**Loan type:** Other

**Loan Desc:** Trf from Sage Loan FR 01A PD

| Current interest rate: | Debt & accrued interest: |
|---|---|
| Secured: 0.00 | 48,721.30 |
| Unsecured: 6.25 | 0.00 |
| **Total debt balance:** | **48,721.30** |

| Transactions | | | | Secured debt balance | | Unsecured debt balance | | Total debt balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Voucher | Description | Debit/(Credit) | Principal | Interest | Principal | Interest | Principal | Interest | Total |
| **5/1/2020** | | **Beginning balance** | | 48,721.30 | 0.00 | 0.00 | 0.00 | 48,721.30 | 0.00 | 48,721.30 |
| **7/7/2021** | | **Ending balance** | | 48,721.30 | 0.00 | 0.00 | 0.00 | 48,721.30 | 0.00 | 48,721.30 |

# Loan statement

Guardian Life Insurance Company

| | |
|---|---|
| **Customer/Agency:** | MOXY FINANCIAL, LLC. |
| **Address:** | |
| **Status:** | Terminated |
| **Dept Code:** | A90150 |

| | |
|---|---|
| **From date:** | 5/1/2020 |
| **To date:** | 7/7/2021 |
| **Statement date:** | 7/7/2021 |

| | |
|---|---|
| **Loan ID:** | 000374 |
| **Loan type:** | PY GAStmt |
| **Loan Desc:** | Trf from Sage Loan FR 01 |

| **Current interest rate:** | **Debt & accrued interest:** |
|---|---|
| Secured: 3.75 | 19,960.22 |
| Unsecured: 4.75 | 181,028.17 |
| **Total debt balance:** | **200,988.39** |

| | | Transactions | | Secured debt balance | | Unsecured debt balance | | Total debt balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Voucher | Description | Debit/(Credit) | Principal | Interest | Principal | Interest | Principal | Interest | Total |
| **5/1/2020** | | **Beginning balance** | | **203,811.45** | **3,337.41** | **0.00** | **0.00** | **203,811.45** | **3,337.41** | **207,148.86** |
| 5/31/2020 | IV-000000120 | Interest | 636.41 | 203,811.45 | 3,973.82 | | | 203,811.45 | 3,973.82 | 207,785.27 |
| 5/31/2020 | WH-000167 | ACS Whld 05/20 | -160.80 | 203,650.65 | 3,973.82 | | | 203,650.65 | 3,973.82 | 207,624.47 |
| 6/30/2020 | IV-000000195 | Interest | 630.98 | 203,650.65 | 4,604.80 | | | 203,650.65 | 4,604.80 | 208,255.45 |
| 6/30/2020 | WH-000201 | ACS Whld 06/20 | -1,736.85 | 201,913.80 | 4,604.80 | | | 201,913.80 | 4,604.80 | 206,518.60 |
| 7/31/2020 | IV-000000233 | Interest | 628.07 | 201,913.80 | 5,232.87 | | | 201,913.80 | 5,232.87 | 207,146.67 |
| 7/31/2020 | WH-000249 | ACS Whld 07/20 | -930.73 | 200,983.07 | 5,232.87 | | | 200,983.07 | 5,232.87 | 206,215.94 |
| 8/31/2020 | IV-000000269 | Interest | 626.55 | 200,983.07 | 5,859.42 | | | 200,983.07 | 5,859.42 | 206,842.49 |
| 8/31/2020 | WH-000272 | ACS Whld 08/20 | -3,018.38 | 200,497.06 | 3,327.05 | | | 200,497.06 | 3,327.05 | 203,824.11 |
| 9/30/2020 | IV-000000309 | Interest | 624.00 | 200,497.06 | 3,951.05 | | | 200,497.06 | 3,951.05 | 204,448.11 |
| 9/30/2020 | WH-000304 | ACS Whld 09/20 | -817.31 | 199,679.75 | 3,951.05 | | | 199,679.75 | 3,951.05 | 203,630.80 |
| 10/31/2020 | IV-000000350 | Interest | 622.97 | 199,679.75 | 4,574.02 | | | 199,679.75 | 4,574.02 | 204,253.77 |
| 10/31/2020 | WH-000336 | ACS Whld 10/20 | -328.90 | 199,350.85 | 4,574.02 | | | 199,350.85 | 4,574.02 | 203,924.87 |
| 11/30/2020 | IV-000000386 | Interest | 622.81 | 199,350.85 | 5,196.83 | | | 199,350.85 | 5,196.83 | 204,547.68 |
| 11/30/2020 | WH-000371 | ACS Whld 11/20 | -50.56 | 199,300.29 | 5,196.83 | | | 199,300.29 | 5,196.83 | 204,497.12 |
| 12/31/2020 | CI-000403 | Unpaid interest capitalization | 5,815.38 | 205,115.67 | 5,196.83 | | | 205,115.67 | 5,196.83 | 210,312.50 |

# Loan statement

Guardian Life Insurance Company

| Date | Ref | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2020 | CI-000405 | Unpaid interest capitalization | -5,815.38 | 205,115.67 | -618.55 | | | 205,115.67 | -618.55 | 204,497.12 |
| 12/31/2020 | IV-000000415 | Interest | 618.55 | 205,115.67 | | | | 205,115.67 | | 205,115.67 |
| 12/31/2020 | WH-000399 | ACS Whld 12/20 | -1,365.67 | 203,750.00 | | | | 203,750.00 | | 203,750.00 |
| 1/31/2021 | IV-000000455 | Interest | 631.88 | 203,750.00 | 631.88 | | | 203,750.00 | 631.88 | 204,381.88 |
| 1/31/2021 | WH-000425 | ACS Whld 01/21 | -1,547.98 | 202,202.02 | 631.88 | | | 202,202.02 | 631.88 | 202,833.90 |
| 2/28/2021 | IV-000000495 | Interest | 628.85 | 202,202.02 | 1,260.73 | | | 202,202.02 | 1,260.73 | 203,462.75 |
| 2/28/2021 | WH-000450 | ACS Whld 02/01 | -969.33 | 201,232.69 | 1,260.73 | | | 201,232.69 | 1,260.73 | 202,493.42 |
| 3/31/2021 | IV-000000534 | Interest | 624.03 | 201,232.69 | 1,884.76 | | | 201,232.69 | 1,884.76 | 203,117.45 |
| 3/31/2021 | WH-000469 | Payment | -1,544.62 | 199,688.07 | 1,884.76 | | | 199,688.07 | 1,884.76 | 201,572.83 |
| 4/30/2021 | IV-000000564 | Interest | 622.21 | 199,688.07 | 2,506.97 | | | 199,688.07 | 2,506.97 | 202,195.04 |
| 4/30/2021 | WH-000491 | ACS Whld 04/21 | -580.06 | 199,108.01 | 2,506.97 | | | 199,108.01 | 2,506.97 | 201,614.98 |
| 5/31/2021 | IV-000000604 | Interest | 620.81 | 199,108.01 | 3,127.78 | | | 199,108.01 | 3,127.78 | 202,235.79 |
| 5/31/2021 | WH-000510 | ACS Whld 05/21 | -449.44 | 198,658.57 | 3,127.78 | | | 198,658.57 | 3,127.78 | 201,786.35 |
| 6/30/2021 | ALP-000300 | Principal adjustment | -180,314.43 | 18,344.14 | 3,127.78 | | | 18,344.14 | 3,127.78 | 21,471.92 |
| 6/30/2021 | ALP-000301 | Principal adjustment | 180,314.43 | 18,344.14 | 3,127.78 | 180,314.43 | | 198,658.57 | 3,127.78 | 201,786.35 |
| 6/30/2021 | IV-000000641 | Interest | 52.44 | 18,344.14 | 3,180.22 | 180,314.43 | | 198,658.57 | 3,180.22 | 201,838.79 |
| 6/30/2021 | IV-000000642 | Interest | 713.74 | 18,344.14 | 3,180.22 | 180,314.43 | 713.74 | 198,658.57 | 3,893.96 | 202,552.53 |
| 6/30/2021 | WH-000525 | Payment | -1,564.14 | 16,780.00 | 3,180.22 | 180,314.43 | 713.74 | 197,094.43 | 3,893.96 | 200,988.39 |
| **7/7/2021** | | **Ending balance** | | **16,780.00** | **3,180.22** | **180,314.43** | **713.74** | **197,094.43** | **3,893.96** | **200,988.39** |